IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DO NO HARM; FOUNDATION AGAINST INTOLERANCE & RACISM,<br><br>Plaintiffs,<br><br>v.<br><br>SARAH SANDERS, in her official capacity as Governor of the State of Arkansas,<br><br>Defendant. | No. 4:25-cv-282-LPR<br><br><br>**PLAINTIFFS' NOTICE OF**<br><br>**VOLUNTARY DISMISSAL** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this case without prejudice. Given that the Defendant has not filed an answer or a motion for summary judgment, neither a stipulation between the parties, nor a court order is needed for Plaintiffs to voluntarily dismiss this case.

DATED: May 1, 2025.                              Respectfully submitted,

/s/ Jeffrey D. Jennings
Jeffrey D. Jennings
TX. Bar No. 24129027
Attorney for Plaintiff
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(Mailing address only)
Telephone: (202) 888-6881
Email: JJennings@pacificlegal.org

1

Caleb R. Trotter
CA. Bar No. 305195
Attorney for Plaintiff
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Email: ctrotter@pacificlegal.org

Whitfield Hyman
Ark. Bar No. 2013237
Attorney for Plaintiff
KING LAW GROUP, PLLC
300 North 6th Street
Fort Smith, AR 72901
Telephone: (479) 782-1125
Email: hyman@arkansaslawking.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via email (pursuant to the parties' agreement) on May 1, 2025, to the following:

> Ryan Hale
> Senior Assistant Attorney General
> Special Litigation Section – Civil Division
> Office of Arkansas Attorney General Tim Griffin
> 323 Center Street, Suite 200
> Little Rock, Arkansas 72201
> ryan.hale@arkansasag.gov

Dated: May 1, 2025.                                    /s/ Jeffrey D. Jennings
                                                       Jeffrey D. Jennings
                                                       TX. Bar No. 24129027
                                                       Attorney for Plaintiff
                                                       PACIFIC LEGAL FOUNDATION
                                                       3100 Clarendon Blvd., Suite 1000
                                                       Arlington, VA 22201
                                                       Telephone: (202) 888-6881
                                                       Email: JJennings@pacificlegal.org